1  LAWRENCE G. BROWN
   Acting United States Attorney
2  KYLE REARDON
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2770

FILED

JAN 15 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. S-08-00580-LKK |
| Plaintiff, | |
| v. | ORDER |
| DARYL CHARLES, | |
| Defendant. | |

Petition having been made to the Court to unseal the above named indictment and the Court having considered the petition and finding good cause therefor;

IT IS HEREBY ORDERED that the indictment named above, the Petition to Seal Indictment and Set Bail, and the Court's Order sealing the indictment and setting bail be unsealed.

DATED: January 15, 2009

GREGORY G. HOLLOWS
───────────────────
GREGORY G. HOLLOWS
United States Magistrate Judge

3