FILED
January 13, 2009
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 2:08CR00580-LKK |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| DARYL CHARLES, ) | |
| ) | |
| Defendant. ) | |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release __DARYL CHARLES__, Case No. __2:08CR00580-LKK__, Charge __18USC § 511__, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __   __ Release on Personal Recognizance

    __   __ Bail Posted in the Sum of $__

        __✔__ Unsecured Appearance Bond

        __   __ Appearance Bond with 10% Deposit

        __   __ Appearance Bond with Surety

        __   __ Corporate Surety Bail Bond

        __✔__ (Other)    __Pretrial conditions as stated on the record.__

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __January 13, 2009__ at __2:37 pm__.

                        By    /s/ Gregory G. Hollows
                             Gregory G. Hollows
                             United States Magistrate Judge

Copy 5 - Court