LAWRENCE G. BROWN
Acting United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>DARYL CHARLES,<br><br>        Defendant. | 2:08-CR-580 LKK<br><br>ORDER CONTINUING STATUS<br>CONFERENCE |

**ORDER**

The parties appeared before the Court on Tuesday, February 10, 2009, in case number S-08-580 LKK.  At that time, based upon the representations and agreement of both counsel, the Court ordered that the status conference set for February 10, 2009, at 9:15 a.m., be continued to Tuesday, March 17, 2009, at 9:15 a.m., and that the time beginning February 10, 2009, and extending through March 17, 2009, was excluded from the calculation of time under the Speedy Trial Act.  The exclusion of time is appropriate due to defense counsel's need to prepare.  The government has provided to defense counsel several hundred pages of discovery,

including California Department of Motor Vehicle records that require a significant amount of effort to comprehend and decipher. The additional time is necessary to ensure defense counsel's effective preparation upon receipt of this material, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv); Local Code T4.

ACCORDINGLY, it is hereby ordered that the status conference set for February 10, 2009, at 9:15 a.m., be continued to March 17, 2009, at 9:15 a.m., and that the time beginning February 10, 2009, and extending through March 17, 2009, be excluded from the calculation of time under the Speedy Trial Act. The Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

IT IS SO ORDERED.

Dated: February 19, 2009

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2