1  LAWRENCE G. BROWN
   Acting United States Attorney
2  KYLE REARDON
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:08-CR-580 LKK |
| Plaintiff, | |
| v. | ORDER CONTINUING STATUS CONFERENCE |
| DARYL CHARLES, | |
| Defendant. | |

**ORDER**

The parties appeared before the Court on Tuesday, March 17, 2009, in case number S-08-580 LKK.  At that time, based upon the representations and agreement of both counsel, the Court ordered that the status conference set for March 17, 2009, at 9:15 a.m., be continued to Tuesday, April 21, 2009, at 9:15 a.m., and that the time beginning March 17, 2009, and extending through April 21, 2009, was excluded from the calculation of time under the Speedy Trial Act.  The exclusion of time is appropriate due to defense counsel's need to prepare.  The government has provided to defense counsel several hundred pages of discovery, including

1

California Department of Motor Vehicle records that require a significant amount of effort to comprehend and decipher. The additional time is necessary to ensure defense counsel's effective preparation upon receipt of this material, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv); Local Code T4.

ACCORDINGLY, it is hereby ordered that the status conference set for March 17, 2009, at 9:15 a.m., be continued to April 21, 2009, at 9:15 a.m., and that the time beginning March 17, 2009, and extending through April 21, 2009, be excluded from the calculation of time under the Speedy Trial Act. The Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

IT IS SO ORDERED.

Dated: April 8, 2009

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT