```
1  LAWRENCE G. BROWN
   Acting United States Attorney
2  KYLE REARDON
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. S-08-0580 LKK |
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER |
| v. | ) CONTINUING STATUS CONFERENCE |
| DARYL CHARLES, | ) Time: 1:30 p.m. |
| | ) Date: Friday, April 24, 2009 |
| Defendant. | ) Court: Hon. Lawrence K. Karlton |

The parties request that the status conference currently set for Friday, April 24, 2009, at 1:30 p.m., be continued to Tuesday, May 19, 2009, at 9:15 a.m., and stipulate that the time beginning April 24, 2009, and extending through May 19, 2009, should be excluded from the calculation of time under the Speedy Trial Act.  18 U.S.C. § 3161.

The parties are analyzing the evidence in the case and believe that a resolution is near.  In order to permit a full investigation into all aspects of the case and to allow for defense preparation, the additional time is needed.

Accordingly, the parties believe that the continuance should

1

be excluded from the calculation of time under the Speedy Trial Act. The additional time is necessary to ensure effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv); Local Code T4. The interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

The parties anticipate that the defendant will enter a change of plea on May 19, 2009. In the event that a change of plea does not occur, the government intends to ask the Court for a trial date.

                          Respectfully Submitted,

                          LAWRENCE G. BROWN
                          Acting United States Attorney

DATED: April 22, 2009       By:  */s/ Kyle Reardon*
                                  KYLE REARDON
                                  Assistant U.S. Attorney

DATED: April 22, 2009       By:  */s/ Kyle Reardon* for
                                  GORDON BROWN
                                  Attorney for the Defendant

| | |
|---|---|
| 1 | **ORDER** |
| 2 | The status conference in case number S-08-0580 LKK, |
| 3 | currently set for Friday, April 24, 2009, at 1:30 p.m., is |
| 4 | continued to Tuesday, May 19, 2009, at 9:15 a.m., and the time |
| 5 | beginning April 24, 2009, and extending through May 19, 2009, is |
| 6 | excluded from the calculation of time under the Speedy Trial Act |
| 7 | in accordance with 18 U.S.C. § 3161 and Local Code T4. |
| 8 | IT IS SO ORDERED. |

DATED: April 22, 2009

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT