```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  KYLE REARDON
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>  v.<br><br>DARYL CHARLES,<br><br>             Defendant. | )  CR. S-08-0580 LKK<br>)<br>)<br>)  STIPULATION AND ORDER<br>)  CONTINUING TRIAL<br>)<br>)  Time: 9:15 a.m.<br>)  Date: Tuesday, May 19, 2009<br>)  Court: Hon. Lawrence K. Karlton<br>) |

The parties request that the status conference currently set for Tuesday, May 19, 2009, at 9:15 a.m., be continued to Tuesday, June 9, 2009, at 9:15 a.m., and stipulate that the time beginning May 19, 2009, and extending through June 9, 2009, should be excluded from the calculation of time under the Speedy Trial Act. 18 U.S.C. § 3161.

The parties are analyzing the evidence in the case and believe that a resolution is near.  In order to permit a full investigation into all aspects of the case and to allow for defense preparation based upon that investigation, the additional time is needed.

1

Accordingly, the parties believe that the continuance should be excluded from the calculation of time under the Speedy Trial Act.  The additional time is necessary to ensure effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv); Local Code T4.  The interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

The parties anticipate that the defendant will enter a change of plea on June 9, 2009.  In the event that a change of plea does not occur, the government intends to ask the Court for a trial date.

                                      Respectfully Submitted,

                                      LAWRENCE G. BROWN
                                      Acting United States Attorney

DATED: May 14, 2009
                                      _/s/ Kyle Reardon_
                                      KYLE REARDON
                               By:   Assistant U.S. Attorney

DATED: May 14, 2009
                                      _/s/ Kyle Reardon_ for
                                      GORDON BROWN
                                      Attorney for the Defendant
                               By:

**ORDER**

The status conference in case number S-08-0580 LKK, currently set for Tuesday, May 19, 2009, at 9:15 a.m., is continued to Tuesday, June 9, 2009, at 9:15 a.m., and the time beginning May 19, 2009, and extending through June 9, 2009, is excluded from the calculation of time under the Speedy Trial Act in accordance with 18 U.S.C. § 3161 and Local Code T4.

IT IS SO ORDERED.

DATED: May 15, 2009
                                      LAWRENCE K. KARLTON
                                      SENIOR JUDGE
                                      UNITED STATES DISTRICT COURT