```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  DANIEL S. McCONKIE
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2725
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. S-08-0580 LKK |
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER<br>) CONTINUING STATUS CONFERENCE |
| DARYL CHARLES, | ) Time: 9:15 a.m. |
| Defendant. | ) Date: Tuesday, June 9, 2009<br>) Court: Hon. Lawrence K. Karlton |

The parties request that the status conference currently set for Tuesday, June 9, 2009, at 9:15 a.m., be continued to Tuesday, June 23, 2009, at 9:15 a.m., and stipulate that the time beginning June 9, 2009, and extending through June 23, 2009, should be excluded from the calculation of time under the Speedy Trial Act. 18 U.S.C. § 3161.

The parties are in ongoing and fruitful plea negotiations. Furthermore, Mr. Reardon is out of the country on extended leave and the case was re-assigned today to Mr. McConkie. Accordingly, the parties believe that the continuance should be excluded from the calculation of time under the Speedy Trial Act. The

1

additional time is necessary to ensure effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4. The interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

                                          Respectfully Submitted,

                                          LAWRENCE G. BROWN
Acting United States Attorney

DATED: June 5, 2009        By:  */s/ Daniel S. McConkie*
                                                  DANIEL S. McCONKIE
Assistant U.S. Attorney


DATED: June 5, 2009        By:  */s/ Daniel S. McConkie* for
                                                  GORDON BROWN
Attorney for the Defendant
[by telephonic permission]

| | |
|---|---|
| 1 | **ORDER** |
| 2 | The status conference in case number S-08-0580 LKK, |
| 3 | currently set for Tuesday, June 9, 2009, at 9:15 a.m., is |
| 4 | continued to Tuesday, June 23, 2009, at 9:15 a.m., and the time |
| 5 | beginning June 9, 2009, and extending through June 23, 2009, is |
| 6 | excluded from the calculation of time under the Speedy Trial Act |
| 7 | in accordance with 18 U.S.C. § 3161 and Local Code T4. |
| 8 | IT IS SO ORDERED. |

DATED: June 8, 2009

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT