LAWRENCE G. BROWN
Acting United States Attorney
DANIEL S. McCONKIE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2725

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. S-08-0580 LKK |
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER |
| v. | ) CONTINUING STATUS CONFERENCE |
| | ) |
| DARYL CHARLES, | ) Time: 9:15 a.m. |
| | ) Date: Tuesday, June 23, 2009 |
| Defendant. | ) Court: Hon. Lawrence K. Karlton |
| | ) |

The parties request that the status conference currently set for Tuesday, June 23, 2009, at 9:15 a.m., be continued to Tuesday, August 11, 2009, at 9:15 a.m., and stipulate that the time beginning June 23, 2009, and extending through August 11, 2009, should be excluded from the calculation of time under the Speedy Trial Act. 18 U.S.C. § 3161.

The parties are in ongoing plea negotiations. Therefore, they believe that the continuance should be excluded from the calculation of time under the Speedy Trial Act, and that the additional time is necessary to ensure effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §

1

3161(h)(7)(B)(iv) and Local Code T4.  The interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

```
                                        Respectfully Submitted,

                                        LAWRENCE G. BROWN
                                        Acting United States Attorney


DATED: June 19, 2009          By:   /s/ Daniel S. McConkie
                                    DANIEL S. McCONKIE
                                    Assistant U.S. Attorney



DATED: June 19, 2009          By:   /s/ Daniel S. McConkie for
                                    GORDON BROWN
                                    Attorney for the Defendant
                                    [by telephonic permission]
```

**ORDER**

The status conference in case number S-08-0580 LKK, currently set for Tuesday, June 23, 2009, at 9:15 a.m., is continued to Tuesday, August 11, 2009, at 9:15 a.m., and the time beginning June 23, 2009, and extending through August 11, 2009, is excluded from the calculation of time under the Speedy Trial Act in accordance with 18 U.S.C. § 3161 and Local Code T4.

IT IS SO ORDERED.

DATED: June 22, 2009

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT