LAWRENCE G. BROWN
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 2:08-CR-580 LKK |
| Plaintiff, | ) |
| v. | ) ORDER CONTINUING STATUS ) CONFERENCE |
| DARYL CHARLES, | ) |
| Defendant. | ) |

**ORDER**

The parties appeared before the Court on Tuesday, August 25, 2009, in case number S-08-580 LKK. At that time, based upon the representations and agreement of both counsel, the Court ordered that the status conference set for August 25, 2009, at 9:15 a.m., be continued to Tuesday, September 15, 2009, at 9:15 a.m., and that the time beginning August 25, 2009, and extending through September 15, 2009, was excluded from the calculation of time under the Speedy Trial Act. The exclusion of time is appropriate due to defense counsel's need to prepare. The government has provided to defense counsel discovery and an offer to plead.

1

Additional time is needed to evaluate the offer and conduct additional investigation into the facts of the case. The additional time is necessary to ensure defense counsel's effective preparation upon receipt of this material, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv); Local Code T4.

ACCORDINGLY, it is hereby ordered that the status conference set for August 25, 2009, at 9:15 a.m., be continued to September 15, 2009, at 9:15 a.m., and that the time beginning August 25, 2009, and extending through September 15, 2009, be excluded from the calculation of time under the Speedy Trial Act. The Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

IT IS SO ORDERED.

Dated: September 2, 2009

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT