LAWRENCE G. BROWN
Acting United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 2:08-CR-580 LKK |
| Plaintiff, | ) |
| v. | ) ORDER CONTINUING STATUS |
| | ) CONFERENCE |
| DARYL CHARLES, | ) |
| Defendant. | ) |

**ORDER**

The parties appeared before the Court on Tuesday, September 15, 2009, in case number S-08-580 LKK. At that time, based upon the representations and agreement of both counsel, the Court ordered that the status conference set for September 15, 2009, at 9:15 a.m., be continued to Tuesday, October 14, 2009, at 9:15 a.m., and that the time beginning September 15, 2009, and extending through October 14, 2009, was excluded from the calculation of time under the Speedy Trial Act. The exclusion of time is appropriate due to defense counsel's need to prepare. The additional time is necessary to ensure defense counsel's

1

1 | effective preparation upon receipt of this material, taking into
2 | account the exercise of due diligence.  18 U.S.C. §
3 | 3161(h)(8)(B)(iv); Local Code T4.
4 |     Additionally, this case was set for trial to begin on
5 | Wednesday, January 20, 2009, at 9:00 a.m.  A trial confirmation
6 | hearing will be held on Tuesday, January 5, 2009, at 9:15 a.m.
7 |     ACCORDINGLY, it is hereby ordered that the status conference
8 | set for September 15, 2009, at 9:15 a.m., be continued to October
9 | 14, 2009, at 9:15 a.m., and that the time beginning September 15,
10 | 2009, and extending through October 14, 2009, be excluded from
11 | the calculation of time under the Speedy Trial Act.  The Court
12 | finds that the interests of justice served by granting this
13 | continuance outweigh the best interests of the public and the
14 | defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).
15 |     IT IS SO ORDERED.

Dated: October 2, 2009

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT