LAWRENCE G. BROWN
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 2:08-CR-580 LKK |
| Plaintiff, | ) |
| v. | ) ORDER CONTINUING STATUS |
| | ) CONFERENCE |
| DARYL CHARLES, | ) |
| Defendant. | ) |

**<u>ORDER</u>**

The parties appeared before the Court on Tuesday, October 14, 2009, in case number S-08-580 LKK. At that time, based upon the representations and agreement of both counsel, the Court ordered that the change of plea set for October 14, 2009, at 9:15 a.m., be continued to Tuesday, November 3, 2009, at 9:15 a.m., and that the time beginning October 14, 2009, and extending through November 3, 2009, was excluded from the calculation of time under the Speedy Trial Act. The exclusion of time is appropriate due to defense counsel's need to prepare. The additional time is necessary to ensure defense counsel's

1

1 | effective preparation, taking into account the exercise of due
2 | diligence.  18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4.
3 |     On September 15, 2009, this case was set for trial to begin
4 | on Wednesday, January 20, 2009, at 9:00 a.m.  A trial
5 | confirmation hearing will be held on Tuesday, January 5, 2009, at
6 | 9:15 a.m.
7 |     ACCORDINGLY, it is hereby ordered that the change of plea
8 | set for October 14, 2009, at 9:15 a.m., be continued to November
9 | 3, 2009, at 9:15 a.m., and that the time beginning October 14,
10 | 2009, and extending through November 3, 2009, be excluded from
11 | the calculation of time under the Speedy Trial Act.  The Court
12 | finds that the interests of justice served by granting this
13 | continuance outweigh the best interests of the public and the
14 | defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).
15 |     IT IS SO ORDERED.

Dated: October 14, 2009

_/s/ Lawrence K. Karlton_
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT