1 | Jeffrey Fletcher, Esq., State Bar #142464
Attorney at Law
2 | U.S. Bank Plaza
3 | 980 Ninth Street
Sacramento, CA 95814
4 | (916) 449-9937
(916) 419-0452 fax
5 | Attorney for Defendant

UNITED STATE DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES,                )    Case No.    08-CR580 LKK
                              )
     Plaintiffs,              )    SUBSTITUTION OF ATTORNEY
                              )
vs.                           )
                              )
DARYL CHARLES,                )
                              )
                              )
     Defendant.               )
_____/

THE CLERK OF THE COURT AND THE UNITED STATES ATTORNEY ARE HEREBY NOTIFIED THAT DARYL CHARLES substitutes his present attorney Gordon Dean Brown for new counsel as follows:

> Jeffrey Fletcher
> Attorney at Law
> U.S. Bank Plaza
> 980 Ninth Street, 16th Floor
> Sacramento, CA 95814
> (916) 449-9937
> (916) 419-0452 (fax)

DATED:    December 7, 2009            _____/s/ Daryl Charles_____
                                              Daryl Charles

1

| | | |
|---|---|---|
| 1 | DATED: December 7, 2009 | _____ |
| 2 | | Gordon Dean Brown, Attorney at Law |

I accept this substitution .

DATED: December 7, 2009

      /s/ Jeffrey Fletcher
Jeffrey Fletcher, Attorney at Law

IT IS SO ORDERED.

DATED: December 8, 2009

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT