Jeffrey Fletcher, Esq., State Bar #142464
Attorney at Law
U.S. Bank Plaza
980 Ninth Street
Sacramento, CA 95814
(916) 449-9937
(916) 419-0452 fax
Attorney for Defendant

UNITED STATE DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES, | ) | Case No. 08-CR580 LKK |
| | ) | |
| Plaintiffs, | ) | STIPULATION TO CONTINUE |
| | ) | SENTENCING HEARING |
| vs. | ) | |
| DARYL CHARLES, | ) | |
| | ) | |
| Defendant. | ) | |

THE PARTIES TROUGH THEIR ATTORNEYS AGREE AND STIPULATE TO CONTINUE THE SENTENCING HEARING AS FOLLOWS:

Sentencing Hearing:                    March 9, 20010

Formal Objection Filed with the Court:    March 2, 2010

Pre-sentence Report:                   February 23, 2010

Objection to Pre-Sentence Report:      February 16, 2010


DATED:    February 3, 2010            /s/ Jeffrey Fletcher
                                      Jeffrey Fletcher, Attorney at Law

1

DATED: February 3, 2010        _____/s/ Kyle Reardn_____
                                        Kyle Reardon

IT IS SO ORDERED.

DATED: February 12, 2010

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT