Jeffrey Fletcher, Esq., State Bar #142464
Attorney at Law
U.S. Bank Plaza
980 Ninth Street
Sacramento, CA 95814
(916) 449-9937
(916) 419-0452 fax
Attorney for Defendant

UNITED STATE DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES, | ) | Case No. 08-CR580 LKK |
| | ) | |
| Plaintiffs, | ) | STIPULATION TO CONTINUE |
| | ) | SENTENCING HEARING |
| vs. | ) | AND ORDER |
| | ) | |
| DARYL CHARLES, | ) | |
| | ) | |
| Defendant. | ) | |

THE PARTIES TROUGH THEIR ATTORNEYS AGREE AND STIPULATE TO CONTINUE THE SENTENCING HEARING AS FOLLOWS:

    Sentencing Hearing:                        March 23, 20010

    Formal Objection Filed with the Court:     March 16, 2010

    Pre-sentence Report:                      March 9, 2010

    Objection to Pre-Sentence Report:       March 2, 2010

DATED:      February 17, 2010              /s/ Jeffrey Fletcher
                                                       Jeffrey Fletcher, Attorney at Law

1

1 | DATED: February 17, 2010     /s/ Kyle Reardn
                Kyle Reardon

IT IS SO ORDERED.

DATED: February 22, 2010

           LAWRENCE K. KARLTON
           SENIOR JUDGE
           UNITED STATES DISTRICT COURT