```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KYLE REARDON
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2700

 5

 6

 7

 8              IN THE UNITED STATES DISTRICT COURT FOR THE

 9                   EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      ) 2:08-CR-580 LKK
                                   )
12            Plaintiff,           )
                                   )
13       v.                        ) ORDER CONTINUING CASE AND
                                   ) SETTING STATUS CONFERENCE
14  DARYL CHARLES,                 )
                                   )
15            Defendant.           )
                                   )
16  _____

17                              **ORDER**

18       The parties appeared before the Court on Tuesday, May 4,

19  2010, in case number CRS-08-580 LKK.  At that time, the Court

20  granted the defendant's motion to withdraw his guilty plea, C.R.

21  63, and set the matter for further status conference on based

22  upon the representations and agreement of both counsel.  The

23  Court ordered that a status conference be held on May 18, 2010,

24  at 9:15 a.m., and that the time beginning May 4, 2010, and

25  extending through November 18, 2010, was excluded from the

26  calculation of time under the Speedy Trial Act.  The exclusion of

27  time is appropriate due to the parties need to prepare following

28  the defendant's withdrawal of his guilty plea.  The additional

                                   1
```

time is necessary to ensure defense counsel's effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4.  The interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

Dated: May 11, 2010

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT