```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KYLE REARDON
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) 2:08-CR-580 LKK |
|---|---|
| Plaintiff, | ) |
| v. | ) ORDER CONTINUING CASE AND ) SETTING STATUS CONFERENCE |
| DARYL CHARLES, | ) |
| Defendant. | ) |

**<u>ORDER</u>**

The parties appeared before the Court on Tuesday, May 18, 2010, in case number S-08-580 LKK.  At that time, the Court granted the parties' request to set the matter for further status conference on based upon the representations and agreement of both counsel.  The Court ordered that a status conference be held on June 29, 2010, at 9:15 a.m., and that the time beginning May 18, 2010, and extending through June 29, 2010, was excluded from the calculation of time under the Speedy Trial Act.  The exclusion of time is appropriate due to the parties need to prepare following the defendant's withdrawal of his guilty plea. The additional time is necessary to ensure defense counsel's

1

effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4. The interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

Dated: June 29, 2010

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT