BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:08-CR-00580 LKK |
| Plaintiff, | |
| v. | ORDER CONTINUING STATUS CONFERENCE |
| DARYL CHARLES, | |
| Defendant. | |

**ORDER**

The parties appeared before the Court on Tuesday, June 29, 2010, in case number 2:08-CR-00580 LKK.  At that time, based upon the representations and agreement of both counsel, the Court ordered that the status set for June 29, 2010, at 9:15 a.m., be continued to Tuesday, July 27, 2010, at 9:15 a.m., and that the time beginning June 29, 2010, and extending through July 27, 2010, was excluded from the calculation of time under the Speedy Trial Act.  The exclusion of time is appropriate due to defense counsel's need to prepare.  The additional time is necessary to ensure defense counsel's effective preparation, taking into account the exercise of due diligence.  18 U.S.C. §

1

3161(h)(7)(B)(iv); Local Code T4.

ACCORDINGLY, it is hereby ordered that the status conference set for June 29, 2010, at 9:15 a.m., be continued to July 27, 2010, at 9:15 a.m., and that the time beginning June 29, 2010, and extending through July 27, 2010, be excluded from the calculation of time under the Speedy Trial Act. The Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

Dated: July 6, 2010

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT