BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 2:08-CR-00580 LKK |
| Plaintiff, | ) |
| v. | ) ORDER CONTINUING STATUS |
| | ) CONFERENCE |
| DARYL CHARLES, | ) |
| Defendant. | ) |

**ORDER**

The parties appeared before the Court on Tuesday, July 27, 2010, in case number 2:08-CR-00580 LKK.  At that time, based upon the representations and agreement of both counsel, the Court ordered that the status set for July 27, 2010, at 9:15 a.m., be continued to Tuesday, August 31, 2010, at 9:15 a.m., and that the time beginning July 27, 2010, and extending through August 31, 2010, was excluded from the calculation of time under the Speedy Trial Act.  The exclusion of time is appropriate due to defense counsel's need to prepare.  The additional time is necessary to ensure defense counsel's effective preparation, taking into ///

1

account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4.

ACCORDINGLY, it is hereby ordered that the status conference set for July 27, 2010, at 9:15 a.m., be continued to August 31, 2010, at 9:15 a.m., and that the time beginning July 27, 2010, and extending through August 31, 2010, be excluded from the calculation of time under the Speedy Trial Act. The Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

Dated: July 27, 2010

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT