BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 2:08-CR-580 LKK |
| Plaintiff, | ) |
| v. | ) ORDER CONTINUING STATUS |
| | ) CONFERENCE AND SETTING TRIAL |
| DARYL CHARLES, | ) DATES |
| Defendant. | ) |

**ORDER**

The parties appeared before the Court on Tuesday, August 31, 2010, in case number 2:08-CR-00580 LKK. At that time, based upon the representations and agreement of both counsel, the Court ordered that the status set for August 31, 2010, at 9:15 a.m., be continued to Tuesday, October 26, 2010, at 9:15 a.m., and that the time beginning August 31, 2010, and extending through October 26, 2010, was excluded from the calculation of time under the Speedy Trial Act. The exclusion of time is appropriate due to defense counsel's need to prepare. The additional time is necessary to ensure defense counsel's effective preparation,

1

taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4.

The Court also order this matter set for trial on March 29, 2011, with a trial confirmation hearing on March 15, 2011.

ACCORDINGLY, it is hereby ordered that the status conference set for August 31, 2010, at 9:15 a.m., be continued to October 26, 2010, at 9:15 a.m., and that the time beginning August 31, 2010, and extending through October 26, 2010, be excluded from the calculation of time under the Speedy Trial Act.  The Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

Dated: September 3, 2010

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT