```
1  BENJAMIN B. WAGNER
   United States Attorney
2  KYLE REARDON
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 2:08-CR-580 LKK |
|  | ) |
| Plaintiff, | ) STIPULATION AND ORDER VACATING |
|  | ) TRIAL AND SETTING STATUS |
| v. | ) CONFERENCE |
|  | ) |
| DARYL CHARLES, | ) Time: 9:15 am |
|  | ) Date: Tuesday, October 21, 2008 |
| Defendant. | ) Court: Hon. Lawrence K. Karlton |
|  | ) |

The parties request that the trial currently set to start on March 28, 2011, be vacated, and that the trial confirmation hearing set for March 15, 2011, at 9:15 a.m. be continued to March 29, 2011, at 9:15 a.m. for further status and a possible change of plea. If a plea is not entered on March 29, 2011, the parties will ask that the case be reset for trial at the first available date.

The reason for vacating the trial date and setting a status conference is to permit the parties to resolve ongoing plea negotiations. There remain issues associated with the loss in this case that both parties need to investigate. Accordingly,

1

both parties stipulate that the time between March 15, 2011, and March 29, 2011, should be excluded from the calculation of time under the Speedy Trial Act. 18 U.S.C. § 3161. The additional time is necessary to ensure effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(&)(B)(iv); Local Code T4. The interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

Respectfully Submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: March 11, 2011    By:    */s/ Kyle Reardon*
                                KYLE REARDON
                                Assistant U.S. Attorney


DATED: March 11, 2011    By:    */s/ Kyle Reardon* for
                                JEFF FLETCHER
                                Attorney for the Defendant

1 **<u>ORDER</u>**

2 The trial in case number 2:08-CR-00580 LKK, currently set to
3 start on March 28, 2011, is vacated. The trial confirmation
4 hearing set for March 15, 2011, is reset to March 29, 2011, for
5 further status and possible change of plea. The time between
6 March 15, 2011, and March 29, 2011, is excluded from the
7 calculation of time under the Speedy Trial Act in accordance with
8 18 U.S.C. § 3161 and Local Code T4.
9 IT IS SO ORDERED.

12 DATED: March 14, 2011

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT