```
MARK J. REICHEL, State Bar #155034
THE LAW OFFICES OF MARK J. REICHEL
455 CAPITOL MALL, 3rd FLOOR, Suite 350
Sacramento, California  95814
Telephone: (916) 498-9258
FAX:      (916) 441-6553
mark@reichellaw.com
www.reichellaw.com

Attorney for Defendant
DARYL CHARLES
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 08-580 LKK |
| Plaintiff, | EX PARTE REQUEST FOR ORDER TO CONTINUE SENTENCING DATE BASED ON |
| v. | ILLNESS OF DEFENSE COUNSEL; **ORDER THEREON** |
| DARYL CHARLES | Date: N/A<br>Time:<br>Judge: Lawrence K. Karlton |
| Defendant. | |

Defense counsel re submits his second request to continue the sentencing date. Sentence is set for July 24, 2012. Defense pleadings were to be filed by July 10th. They are not on file. Defense counsel was hospitalized July 9-10th. He then spent that entire week very ill. He remains very ill, but is improving. He has attached hereto a written request from his doctor's office that was issued Friday, July 13, 2012, that owing to serious medical issues that counsel not work the week of

Request For Order

July 16-22, for medical reasons.[1] (ATTACHMENT A) He cannot meet with the client and prepare defense filings. That is impossible. He will thus appear July 24, 2012 with nothing on file. That is a waste of time.

Defense thus requests that the court issue an order removing this matter from the July 24, 2012 calendar and re set the date for August 14 or 21.

MEDICAL BACKGROUND:

Defense counsel suffered heat exhaustion and influenza while on an outing in the woods July 8. He did not receive medical attention and became very ill. He was seen at the emergency department Monday July 9, 2012 in Sacramento, and then also hospitalized until Tuesday morning. He was again at the doctors the 12th, Thursday, and then twice Friday the 13th. On the 13th, he had presented for 5 straight days with

*rapid Heart beats

*blood in the urine

*103.5 fever, which is extremely high

*chest infection and shortness breath

*migraine headaches

*traumatized internal organs

His doctor's office then required that he not return to work for a period of 1 week, until the 23rd.

REQUEST AND GOVERNMENT POSITION

---

[1] If the court and counsel requires, defense counsel will also submit, in camera, his recent medical records and test results.

Request For Order                                2

This is the only case on defense counsel's case lis that for some reasons has not yet been moved by agreement nor by court order, as of yet.  Government counsel has advised that he prefers to keep the current date, and will wait to see what the court does with the defense request.

Defense counsel is requesting the court move the date to either August 14 or 21. No provisions of the Speedy Trial Act apply to this matter.

Respectfully submitted,

*Mark J. Reichel*
MARK J. REICHEL
ATTORNEY AT LAW

**ORDER**

GOOD CAUSE APPEARING, it is so ordered.

Sentencing in this matter is rescheduled to the date of August 28, 2012.

DATED: July 17, 2012

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT