```
MARK J. REICHEL, State Bar #155034
THE LAW OFFICES OF MARK J. REICHEL
455 CAPITOL MALL, 3rd FLOOR, Suite 350
Sacramento, California  95814
Telephone: (916) 498-9258
FAX:      (916) 441-6553
mark@reichellaw.com
www.reichellaw.com

Attorney for Defendant
DARYL CHARLES
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 08-580 LKK |
| Plaintiff, | STIPULATION OF THE PARTIES FOR NEW SENTENCING DATE; **ORDER THEREON** |
| v. | |
| | Date: October 2, 2012 |
| | Time: 9:00 a.m. |
| DARYL CHARLES | Judge: Lawrence K. Karlton |
| Defendant. | |

It is hereby stipulated between the parties hereto, Jared Dolan, AUSA, counsel for plaintiff, and Mark Reichel, Esq., counsel for defendant, that the sentencing date shall be re calendared as follows:

| | |
|---|---|
| Sentencing | October 2, 2012 |
| Sentencing Replies | September 25, 2012 |
| Sentencing Memos | September 18, 2012 |
| Final report filed with court | September 11, 2012 |

Respectfully submitted,

Stipulation For New J&S

DATED: August 23, 2012        MARK J. REICHEL, ESQ.
                              /s/ MARK J. REICHEL
                              MARK J. REICHEL
                              Attorney for defendant

DATED: August 23, 2012

                              BENJAMIN WAGNER
                              United States Attorney

                              /s/MARK J. REICHEL for:
                              JARED DOLAN
                              Assistant U.S. Attorney
                              Attorney for Plaintiff

ORDER

GOOD CAUSE APPEARING, it is so ordered. Sentencing in this matter is rescheduled as set forth herein above.

DATED: August 24, 2012

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT