BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700
(916) 554-2900 FAX

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 2:08-CR-00580 LKK |
| Plaintiff, | ) |
| v. | ) **STIPULATION AND ORDER CONTINUING** |
|  | ) **JUDGMENT AND SENTENCING FROM** |
| DARYL CHARLES, | ) **OCTOBER 10, 2012, TO NOVEMBER 9,** |
|  | ) **2012** |
| Defendant. | ) |

The parties' request that the judgment and sentencing currently set for October 10, 2012, at 9:15 a.m., be continued to November 9, 2012, at 10:00 a.m. The parties anticipate that there will be a contested sentencing hearing addressing the issue of loss. The

///
///
///
///
///
///
///

continuance is necessary in order to allow the parties to prepare for
the hearing, and to allow for a full hearing on the issue.

Dated: September 21, 2012          Respectfully Submitted,

                                   BENJAMIN B. WAGNER
                                   United States Attorney

                              By:  */s/ Kyle Reardon*
                                   KYLE REARDON
                                   Assistant U.S. Attorney

Dated: September 21, 2012          */s/ Kyle Reardon* for
                                   MARK REICHEL
                                   Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>DARYL CHARLES,<br><br>                    Defendant. | ) CASE NO.  2:08-CR-00580 LKK<br>)<br>)<br>)<br>) **ORDER CONTINUING JUDGMENT AND**<br>) **SENTENCING FROM OCTOBER 10, 2012,**<br>) **TO NOVEMBER 9, 2012**<br>)<br>)<br>)<br>) |

    The parties' stipulation and proposed order is approved and so ordered.  The judgment and sentencing currently set for October 10, 2012, at 9:15 a.m., is continued to November 9, 2012, at 10:00 a.m.

Dated: September 27, 2012

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT