UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**MEMORANDUM**



FILED

OCT -3 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Honorable Lawrence K. Karlton
Senior United States District Judge
Sacramento, California

                        RE:    Daryl CHARLES
                              Docket Number:  2:08CR00580-01
                              Sentencing Date:  None
                              <u>**REQUEST FOR STATUS CHANGE**</u>

Your Honor:

On September 18, 2012, I spoke with you briefly about the presentence report prepared in the above-referenced case. The final report was due to the Court and all parties on that date. I explained that the loss was impossible to determine, and you suggested a sentencing hearing be set. You also advised that I did not have to file the PSR on that date.

Since our meeting, I have learned that a sentencing hearing has been scheduled for November 9, 2012. I am requesting that once the hearing is completed, a new sentencing schedule be set, which will allow time for the finalization of the presentence report.

If you have any questions, please call me at 916-930-4317.

                              Respectfully submitted,

                              */s/ Linda Alger*
                            **LINDA L. ALGER**
                          **Senior United States Probation Officer**

Dated:       September 28. 2012
                Sacramento, California
                LLA

Rev. 11/2009
MEMO ~ COURT.MRG

RE: Daryl CHARLES
Docket Number: 2:08CR00580-01
**REQUEST FOR STATUS CHANGE**

REVIEWED BY: _/s/ illegible signature_
HUGO ORTIZ
**Supervising United States Probation Officer**

cc: Kyle Reardon
Assistant United States Attorney

Mark Reichel
Defense Counsel

AGREE: ✓     DISAGREE: _____

_/s/ Lawrence K. Karlton_     16/2/'12
LAWRENCE K. KARLTON     DATE
Senior United States District Judge