BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700
(916) 554-2900 FAX

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DARYL CHARLES,<br><br>Defendant. | CASE NO. 2:08-CR-00580 LKK<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING SCHEDULE FOR JUDGMENT AND SENTENCING** |

The parties' stipulate and request that the following schedule be adopted for the above-entitled case:

| Event | Date |
|---|---|
| Supplemental Formal Objections | December 18, 2012 |
| Reply to Supplemental Formal Objections | January 8, 2013 |
| Hearing on Issue of Loss | January 15, 2013 |
| Revised PSR to Parties | January 22, 2013 |

| Event | Date |
|---|---|
| Supplemental Sentencing Memoranda | January 29, 2013 |
| Judgment and Sentencing | February 5, 2013 |

This schedule is necessary in order to permit a complete review of the transcript, briefing on the issue of loss, the potential revision of the Presentence Report by the Probation Officer, and submission of by the parties of supplemental sentencing memoranda.

Dated: November 30, 2012         Respectfully Submitted,

                                 BENJAMIN B. WAGNER
                                 United States Attorney

                             By: /s/ Kyle Reardon
                                 KYLE REARDON
                                 Assistant U.S. Attorney

Dated: November 30, 2012         /s/ Kyle Reardon for
                                 MARK REICHEL
                                 Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:08-CR-00580 LKK |
| Plaintiff, | |
| v. | **ORDER** |
| DARYL CHARLES, | |
| Defendant. | |

The parties' stipulation and proposed schedule is approved and so ordered. A further hearing on the issue of restitution will be held on January 15, 2013, at 9:15 a.m. The judgment and sentencing will be set for February 5, 2013, at 9:15 a.m.

Dated: December 3, 2012

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT