MARK J. REICHEL, State Bar #155034
THE LAW OFFICES OF MARK J. REICHEL
455 CAPITOL MALL, 3rd FLOOR, Suite 350
Sacramento, California 95814
Telephone: (916) 498-9258
FAX: (916) 441-6553
mark@reichellaw.com
www.reichellaw.com

Attorney for Defendant
DARYL CHARLES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 08-580 LKK |
| Plaintiff, | STIPULATION OF THE PARTIES FOR NEW SELF SURRENDER DATE; **ORDER THEREON** |
| v. | |
| | Date: |
| | Time: |
| DARYL CHARLES | Judge: Lawrence K. Karlton |
| Defendant. | |

It is hereby stipulated between the parties hereto, KYLE REARDON, AUSA, counsel for plaintiff, and Mark Reichel, Esq., counsel for defendant, that the date for self surrender shall be continued from April 2, 2013 to April 19, 2013.

The parties further agree that the defendant shall not seek nor apply for any additional continuances of the self surrender date.

Respectfully submitted,

Stipulation For New Self Surrender

DATED: March 25, 2013     MARK J. REICHEL, ESQ.

/s/ MARK J. REICHEL
MARK J. REICHEL
Attorney for defendant

DATED: March 25, 2013

BENJAMIN WAGNER
United States Attorney

/s/MARK J. REICHEL for:
KYLE REARDON
Assistant U.S. Attorney
Attorney for Plaintiff

ORDER

GOOD CAUSE APPEARING, it is so ordered. Defendant's date for self surrender is extended to April 19, 2013 before 2:00 p.m.   All other orders and terms of pretrial release shall remain in full force and effect.

DATED: March 28, 2013

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT