UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

DARYL CHARLES,

        Defendant.
                                        /

NO. CR. S-08-580 LKK

O R D E R

Daryl Charles has filed a motion under 28 U.S.C. § 2255. The government shall file a response not later than thirty (30) days from the date of this order.

    IT IS SO ORDERED.

    DATED: April 16, 2013.

                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT

1