UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

DARYL CHARLES,

        Defendant.

                      NO. CR. S-08-580 LKK

                      <u>O R D E R</u>

For the reasons set forth in the government's reply to defendant's motion under 18 U.S.C. § 2255, the motion is DENIED.

IT IS SO ORDERED.

DATED: May 20, 2013.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1