UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Morrison C. England, Jr.
Chief United States District Judge
Sacramento, California

                                  RE: Daryl CHARLES
                                             Docket Number: 2:08CR00580-01
                                             **PERMISSION TO TRAVEL**
                                             **OUTSIDE THE COUNTRY**

Your Honor:

Daryl Charles is requesting permission to travel to Cabo San Lucas, Mexico, from June 7, 2015, through June 12, 2015. He is current with all supervision obligations and has paid the financial penalties in full. The probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On February 5, 2013, Daryl Charles was sentenced for the offense of 18 USC 511 - Falsification of Motor Vehicle Parts Identification Numbers, a Class D Felony.

**Sentence Imposed:** 13 months custody of the Bureau of Prisons; 36 months Supervised Release; $100 Special Assessment; $5,900 restitution. Special Conditions include: Search; Not dissipate assets until restitution is paid in full; Financial disclosure; Financial restrictions; Computer inspection; Do not discharge restitution though any bankruptcy proceeding; and Shall not use eBay without USPO permission.

**Dates and Mode of Travel:** 6/7/2015 - 6/12/2015; United Airlines flight from Los Angeles, California, to San Jose Del Cabo, Mexico

**Purpose:** Family vacation

RE: **Daryl CHARLES**
**Docket Number: 2:08CR00580-01**
**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Respectfully submitted,

*/s/ Laura Weigel*

Laura Weigel
United States Probation Officer

Dated: May 20, 2015
Modesto, California
LMW/lr

*/s/ Jack C. Roberson*
REVIEWED BY: **Jack C. Roberson**
**Supervising United States Probation Officer**

## ORDER OF THE COURT

☒ Approved  ☐ Disapproved

**Dated: May 26, 2015**

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT