UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Morrison C. England, Jr.
Chief United States District Judge
Sacramento, California

                              RE: **Daryl CHARLES**
                                    Docket Number: 2:08CR00580-01
                                    **<u>PERMISSION TO TRAVEL</u>**
                                    **<u>OUTSIDE THE COUNTRY</u>**

Your Honor:

Daryl Charles is requesting permission to travel to the Caribbean islands between December 19 and December 27, 2015. He is current with all supervision obligations and has paid the financial penalties in full. The probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On February 5, 2013, Daryl Charles was sentenced for the offense of 18 USC 511 - Falsification of Motor Vehicle Parts Identification Numbers, a Class D Felony.

**Sentence Imposed:** 13 months custody of the Bureau of Prisons; 36 months Supervised Release; $100 special assessment; $5,900 restitution. Special conditions include: Search; Not dissipate assets until restitution is paid in full; Financial disclosure; Financial restrictions; Computer inspection; Do not discharge restitution though any bankruptcy proceeding; and Shall not use eBay without USPO permission.

**Dates and Mode of Travel:** December 19, 2015 - flight from San Francisco, California, to Fort Lauderdale, Florida. December 20-27, 2015 - seven day cruise aboard the Princess Cruise Line. December 27, 2015 - return flight from Florida to San Francisco.

RE: Daryl CHARLES
Docket Number: 2:08CR00580-01
**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Purpose: Family vacation. It is notable that Mr. Charles' adult daughter reportedly secured employment on the Princess Cruise line.

Respectfully submitted,

*/s/ Laura Weigel*

Laura Weigel
United States Probation Officer

Dated: November 24, 2015
Modesto, California
LMW/lr

**REVIEWED BY:** */s/ Brenda Barron-Harrell*
**Brenda Barron-Harrell**
**Supervising United States Probation Officer**

## ORDER OF THE COURT

☒ Approved ☐ Disapproved

Dated: December 7, 2015

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

2