UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA


M E M O R A N D U M


Honorable Morrison C. England, Jr.
Chief United States District Judge
Sacramento, California

RE:  **Daryl CHARLES**
**Docket Number:  2:08CR00580-01**
**PERMISSION TO TRAVEL**
**OUTSIDE THE COUNTRY**


Your Honor:


Daryl Charles is requesting permission to travel to the Caribbean islands from April 2-10, 2016. He is current with all supervision obligations and has paid the financial penalties in full.  The probation officer recommends approval be granted.


**Conviction and Sentencing Date:**   On February 5, 2013, Daryl Charles was sentenced for the offense of 18 USC 511 - Falsification of Motor Vehicle Parts Identification Numbers (Class D Felony).


**Sentence Imposed:**   13 months custody of the Bureau of Prisons; 36 months Supervised Release; $100 special assessment; $5,900 restitution.  Special conditions include:  Search; Not dissipate assets until restitution is paid in full; Financial disclosure; Financial restrictions; Computer inspection; Do not discharge restitution though any bankruptcy proceeding; and Shall not use eBay without USPO permission.


**Dates and Mode of Travel:**   April 2, 2016 - flight from San Francisco, California, to Fort Lauderdale, Florida; April 3-10, 2016 - seven day cruise aboard the Princess Cruise Line. April 10, 2016 - return flight from Florida to San Francisco.


1

RE:  **Daryl CHARLES**
     **Docket Number:  2:08CR00580-01**
     **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**


**Purpose:**  Family vacation.  It is notable that Mr. Charles' adult daughter reportedly secured employment on the Princess Cruise Line.


Respectfully submitted,

*/s/ Laura Weigel*

Laura Weigel
United States Probation Officer

Dated:    March 15, 2016
          Modesto, California
          LMW/lr

                       */s/ Brenda Barron-Harrell*
**REVIEWED BY:**       **Brenda Barron-Harrell**
                       **Supervising United States Probation Officer**

---

## ORDER OF THE COURT

☒     Approved     ☐     Disapproved

**Dated:  March 17, 2016**

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT


2
